CINCINNATI BAR ASSOCIATION *v.* MARBLE.

[Cite as Cincinnati Bar Assn. *v.* Marble (1986), 21 Ohio St. 3d 85.]

(D.D. No. 85-36—Decided January 15, 1986.)

*Edwin W. Patterson III, Baron H. Gold* and *David W. Matthews,* for relator.

*John H. Marble, pro se.*

*Per Curiam.* Upon review of the record, this court concurs with the board's findings and conclusions. In view of Marble's prior sanction, Gov. Bar. R. V(7) necessitates at least an indefinite suspension.

It is therefore the judgment of the court that respondent be indefinitely suspended from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.